IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALBERT LEE ANDREWS, III,           )
                                   )
            Petitioner,            )
                                   )
       v.                          )      1:16CV565
                                   )      1:12CR117-1
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

**ORDER**

The Recommendations of the United States Magistrate Judge were filed with the Court in accordance with 28 U.S.C. § 636(b) and, on February 27, 2023, and February 28, 2023, were served on the parties in this action. [See Docs. #152-155.] Petitioner filed Objections to the Magistrate Judge's Recommendation dated February 27, 2023, but did not file objections to the Magistrate Judge's Recommendation dated February 28, 2023. [Doc. #156.]

Therefore, the Court need not make a de novo review of the latter report, and the Magistrate Judge's Recommendation [Doc. #154] dated February 28, 2023, is hereby adopted. In addition, the Court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. Accordingly, the Court also adopts the Magistrate Judge's Recommendation [Doc. #152] dated February 27, 2023.

IT IS THEREFORE ORDERED that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Doc. #110], Petitioner's two Motions to Amend [Docs. #120, 128], and Petitioner's Letter Motion [Doc. #148] are all denied. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 30th day of May, 2023.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge